

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00027-CV

## IN RE SADIE RENAE WORTHY

_____

## Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Petition denied
Opinion delivered and filed February 7, 2013
[OT06]